FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 23 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>CHRISTIAN PEREZ LOPEZ,<br><br>                Defendant. | LA 09-2940M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

          (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X ) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  ( X )   appearance of defendant as required; and/or

B.  (  ) safety of any person or the community;

## III.

The Court has considered:

A.  ( x) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  (  ) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A.  (  ) Defendant poses a risk to the safety of other persons or the community because:

B.  (x )   History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

C.  (  ) A serious risk exists that defendant will:

    1. (  )   obstruct  or  attempt to  obstruct  justice;

    2. (  )   threaten, injure or intimidate a witness/ juror; because:

D.  (  ) Defendant  has  not  rebutted  by  sufficient  evidence  to  the  contrary the presumption provided in 18 U.S.C. § 3142 (e).

///
///
///
///

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3    facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5    consultation with his counsel.

6

7

8    Dated: December 23, 2009

9    _____

10   Marc L. Goldman
     U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28